IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIET MORRIS : | |
| : | CIVIL ACTION NO. 02-CV-3953 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____   _____
Hope S. Freiwald                                 Aline Fairweather


_____   _____
Erin Brennan                                        Kirstin J. Miller


        DECHERT PRICE & RHOADS
        4000 Bell Atlantic Tower
        1717 Arch Street
        Philadelphia, PA  19103-2793
        (215) 994-4000